UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY K'NAPP,<br><br>    Plaintiff,<br><br>    v.<br><br>ARLITZ, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00412-SAB (PC)<br><br>ORDER VACATING ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND REINSTATING IN FORMA PAUPERIS STATUS PURSUANT TO OPINION BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>[ECF Nos. 5, 22, 35] |

    Plaintiff Eric Charles Rodney K'Napp is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 6, 2009, Plaintiff was granted in forma pauperis status. (ECF No. 5.) However, on September 7, 2011, Magistrate Judge Cohn revoked Plaintiff's in forma pauperis status by finding that Plaintiff suffered three or more strikes pursuant to 28 U.S.C. § 1915(g). (ECF No. 22.)

    On September 22, 2011, Plaintiff filed a notice of appeal in the United States Court of Appeals for the Ninth Circuit. (ECF No. 23.) On May 30, 2014, the Ninth Circuit reversed the Court's September 7, 2011, order revoking Plaintiff's in forma pauperis status based on intervening authority of Silva v. Di Vittorio, 658 F.3d 1090 (9th Cir. 2011), which held that "a district court's dismissal of a case does not count as a 'strike" under § 1915(g) until the litigant has exhausted or waived his opportunity to appeal . . . [which] means that a dismissal ripens into a 'strike' for § 1915(g) purposes on the date of the Supreme Court's denial of dismissal of a petition for writ of certiorari, if the prisoner

filed one, or from the date when the time to file a petition for writ of certiorari expired, if he did not." Id. at 1100 (citation and internal quotation marks omitted).  The Ninth Circuit found that two of the four dismissal identified by the district court did not yet count as strikes at the time Plaintiff filed his complaint, and the action was remanded back to this Court.

Pursuant to the Ninth Circuit's order of May 30, 2014,

IT IS HEREBY ORDERED that:

1. The Court's September 7, 2011, order revoking Plaintiff's in forma pauperis status is VACATED; and

2. Plaintiff is granted in forma pauperis status in this action.

IT IS SO ORDERED.

Dated:   **June 4, 2014**

UNITED STATES MAGISTRATE JUDGE